# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NICOLE ELIZABETH NOWAK,<br><br>        Defendant. | 2:17-mj-00710-GWF<br>**ORDER** |

Before the Court is Defendant's Emergency Motion to Modify Conditions of Detention. (ECF No. 17).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Emergency Motion to Modify Conditions of Detention (ECF No. 17) must be filed on or before noon, August 14, 2017.

IT IS FURTHER ORDERED that a hearing on Defendant's Emergency Motion to Modify Conditions of Detention (ECF No. 17) is scheduled for 4:00 PM, August 14, 2017, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 10th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE