# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICOLE ELIZABETH NOWAK,

    Defendant.

Case No. 2:17-cr-00325-RFB-VCF

**ORDER**

    This matter is before the Court on Counsel for Defendant's Motion for Leave to File Ex-Parte and Under Seal (ECF No. 44), filed on October 9, 2017. Upon review and consideration, and with good cause appearing therefor,

    **IT IS HEREBY ORDERED** that Counsel for Defendant's Motion for Leave to File Ex-Parte and Under Seal (ECF No. 44) is **granted**.

    DATED this 11th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge