RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Nicole Nowak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br>NICOLE NOWAK,<br><br>Defendant. | CASE NO: 2:17-cr-00325-RFB-VCF-2<br><br>**ORDER TO CONTINUE REVOCATION HEARING**<br><br>(2nd Request) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefor, the Court finds that:

1. The parties require additional time to prepare for the revocation hearing in this case. Ms. Nowak has been detained on *United States v. Davis et al*., case number 1:26-cr-00109-JLT-SAB, arising out of California. The docket shows an upcoming status conference in that case set for September 24, 2026. The parties expect to be able to update this Court after learning what happens at her next status conference in California.

2. The Government agrees to the continuance.

3. Ms. Nowak agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny the parties sufficient time to prepare for the revocation hearing, taking into account the exercise of due diligence.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the revocation hearing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the Revocation ofSupervised Release Hearing scheduled for September 11, 2026, a be vacated and continued to **December 15, 2026 at 10:00 a.m**. If parties conclude the case in California or if *any* party or the Probation office wishes to advance this hearing, they are instructed to contact Judge Boulware's Courtroom Administrator.

Dated September 3, 2026

UNITED STATES DISTRICT JUDGE